NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE KARL J. URQUHART**

---

2012-1691

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Serial No. 11/533, 826

---

**JUDGMENT**

---

MATTHEW J. DOWD, Wiley Rein LLP, of Washington, DC, argued for appellant. With him on the brief was ALLEN E. WHITE, Air Liquide USA, LLC, of Houston, Texas.

BENJAMIN T. HICKMAN, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were RAYMOND T. CHEN, Solicitor, and FARHEENA Y. RASHEED, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, SCHALL, and PROST, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


April 10, 2013            /s/ Jan Horbaly
Date                      Jan Horbaly
                          Clerk